FILED

09/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0186

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DONALD RAY SAGE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 14, 2022, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 2 2022